AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RAGGI, REENA | U.S. COURT OF APPEALS, 2nd CIR | 5/12/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CIRCUIT JUDGE | ○ Nomination    Date <br> ○ Initial    ● Annual    ○ Final | 1/1/2004 <br> to <br> 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals <br> U.S. Courthouse, Foley Square <br> New York, NY 10007 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only. see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 16 P 2: 42
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE   ID TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Annual | (S) Self-employment income from legal and consulting practice |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those t  spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason School of Law | March 2004 - LaJolla, CA - Seminar - (Travel, Hotel and Meals) |
| 2. George Mason School of Law | October 2004 - Alexandria, VA - Advisory Board Meeting - (Travel, Hotel and Meals) |
| 3. Harvard Law School | November 2004 - Cambridge, MA - Moot court (Travel, Hotel, Meals) |
| 4. Federal Bar Council | November 2004 - Old Saybrook, CT - Seminar (Hotel, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 5/12/2005 |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value-Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CITIBANK ACCOUNTS | A | Interest | K | T | | | | | |
| 2. Citi NY Tax Free Reserves (X) | A | Interest | M | T | | | | | |
| 3. NYS Dorm Auth. Zero Bonds | | None | K | T | Bought | 12/7 | K | | |
| 4. BROKERAGE ACCOUNT NO. 1: | | | | | | | | | |
| 5. - Merrill Lynch CMA NY Municipal MMF | B | Interest | N | T | | | | | |
| 6. - Citigroup Common | C | Dividend | | | Partial sale | 3/2 | K | | |
| 7. | | | | | Sold | 8/9 | M | F | |
| 8. BROKERAGE ACCOUNT NO. 2: | | | | | | | | | |
| 9. - Merrill Lynch CMA NY Municipal MMF | A | Interest | L | T | | | | | |
| 10. - Citigroup Common | C | Dividend | | | Sold | 8/9 | M | G | |
| 11. BROKERAGE ACCOUNT NO. 3: | | | | | | | | | |
| 12. - Merrill Lynch CMA NY Municipal MMF | C | Interest | O | T | | | | | |
| 13. - Citigroup Common | D | Dividend | | | Partial sale | 3/2 | K | D | |
| 14. | | | | | Sold | 8/9 | M | G | |
| 15. -St. Paul Travelers (formerly Travelers Cl. B) | A | Dividend | | | Sold | 8/9 | J | D | |
| 16. - NYS Dorm. Auth. Zero Bonds | | None | | | Redeemed | 5/15 | K | A | |
| 17. - NYC Gen. Obl. Zero Bonds | | None | K | T | | | | | |
| 18. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. BROKERAGE ACCOUNT NO. 4: | | | | | | | | | |
| 20. - Merrill Lynch Bank Deposit Program (MMF) | A | Interest | | | Closed | 12/3 | J | | |
| 21. - DTE Energy Common | B | Dividend | | | Sold | 10/11 | K | E | |
| 22. IRA ACCOUNT NO. 1: | A | Interest | M | T | | | | | |
| 23. - Merrill Lynch Bank Deposit Program (MMF) | | | | | | | | | |
| 24. - Treasury Zeroes | | | | | | | | | |
| 25. IRA ACCOUNT NO. 2: | B | Interest | M | T | | | | | |
| 26. - Merrill Lynch Bank Deposit Program (MMF) | | | | | | | | | |
| 27. CITIGROUP 401K PLAN | A | Dividend | N | T | | | | | |
| 28. - Stable Value Fund (MMF) | | | | | | | | | |
| 29. - Citigroup Common Stock | | | | | | | | | |
| 30. - Salomon Capital Fund | | | | | | | | | |
| 31. NY College Savings Acct. R | B | Interest | K | T | | | | | |
| 32. NY College Savings Acct. D | B | Interest | K | T | | | | | |
| 33. Greenwich St. Employees Fund | D | Div, Int, CG | L | U | | | | | |
| 34. Keogh Plan - Merrill Lynch Bank Deposit Program (MMF) | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date _May 12, 2005_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544